# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIS CONSTRUCTION SOUTH, LLC, | ) |
| Claimant | ) CASE NO. 2:21-CV-02407 |
| v. | ) |
| MDC HOME IMPROVEMENTS, INC., | ) JUDGE LaSHANN DeARCY HALL |
| Respondent | ) MAGISTRATE JUDGE STEVEN TISCIONE |
| | ) **CLAIMANT GEIS CONSTRUCTION SOUTH, LLC'S MOTION FOR AN ORDER: (A) DECLARING RESPONDENT MDC HOME IMPROVEMENTS, INC. PROPERLY SERVED WITH THE APPLICATION TO CONFIRM ARBITRATION AWARD AND SUMMONS FOR THE PURPOSES OF THE NONRESIDENT SERVICE REQUIREMENT OF 9 U.S.C. § 9; AND (B) GRANTING GEIS CONSTRUCTION SOUTH, LLC'S APPLICATION TO CONFIRM ARBITRATION AWARD** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 7.1 and 9 U.S.C. §§ 9 and 13, Claimant Geis Construction South, LLC ("Geis" or "Claimant") hereby moves for an Order: (a) declaring that Respondent MDC Home Improvements, Inc. was properly served with the Application to Confirm Arbitration Award and Summons for the purposes of the nonresident service requirement of 9 U.S.C. § 9; (b) granting the Application to Confirm Arbitration Award in the principal amount of **$10,021,831.10** along with "interest…at the statutory rate then in effect" starting on **April 11, 2021**; and (c) entering a judgment in favor of Claimant and against Respondent in that same amount.

The relief sought by Claimant is made upon the accompanying: (A) Declaration of Christopher Nucifora; (B) Memorandum in Support of Motion for an Order: (i) Declaring Respondent MDC Home Improvements, Inc. Properly Served with the Application to Confirm Arbitration Award and Summons For the Purposes of the Nonresident Service Requirement of 9 U.S.C. § 9; and (ii) Granting Claimant's Application to Confirm Arbitration Award; and (C) the Proposed Order filed herewith, along with all pleadings and papers previously filed in connection with this matter.

Dated: October 7, 2021

Respectfully Submitted,

 */s/ Christopher Nucifora*
Christopher Nucifora (NY No. 5473384)
**Kaufman Dolowich Voluck LLP**
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Phone: (201) 488-6655
Fax: (201) 488-6652
Email: cnucifora@kdvlaw.com

and

Charles W. Pugh (Ohio Bar No. 0078145)
Aaron S. Evenchik (Ohio Bar No. 0073809)
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone: (216) 621-0150
Fax: (216) 241-2824
Email:  cpugh@hahnlaw.com
            aevenchik@hahnlaw.com

*Counsel for Claimant Geis Construction South, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically on October 7, 2021.

Notice of this filing has be sent on October 7, 2021 to Respondent via regular U.S. mail and email:

MDC Home Improvements, Inc.
c/o Jaime Delahunt
1 Argyle Road
Plainview, NY 11803

jaimemdc@gmail.com

/s/ *Christopher Nucifora*
*One of the Attorneys for Claimant Geis Construction South, LLC*